UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.:  6:24-cv-00296-RBD-DCI

HOWARD COHAN,

    Plaintiff,

vs.

BUFFALO-ORLANDO I, LLC
a Foreign Limited Liability Company
d/b/a HILTON GARDEN INN
ORLANDO I-DRIVE NORTH

    Defendant(s).
_____/

## JOINT NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, BUFFALO-ORLANDO I, LLC, a Foreign Limited Liability Company, d/b/a HILTON GARDEN INN ORLANDO I-DRIVE NORTH, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

    RESPECTFULLY SUBMITTED March 28, 2024.

| | |
|---|---|
| By: /s/ Gregory S. Sconzo | /s/ Brian C. Blair, Esq. |
| Gregory S. Sconzo, Esq. | Brian C. Blair, Esq. |
| Florida Bar No.: 0105553 | Florida Bar No. 973084 |
| Sconzo Law Office, P.A. | Primary Email: bblair@bakerlaw.com |

| | |
|---|---|
| 3825 PGA Boulevard, Suite 207 | Secondary Email: mrios@bakerlaw.com |
| Palm Beach Gardens, FL 33410 | orlbakerdocket@bakerlaw.com |
| Telephone: (561) 729-0940 | BAKER & HOSTETLER LLP |
| Facsimile: (561) 491-9459 | 200 S. Orange Ave., Suite 2300 |
| Email: greg@sconzolawoffice.com | Orlando, FL 32801 |
| Email: perri@sconzolawoffice.com | Telephone: 407-649-4000 |
| Attorney for Plaintiff | Facsimile: 407-841-0168 |
| | Attorneys for Defendant |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 28, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                     **/s/ Gregory S. Sconzo**
                                                     **Gregory S. Sconzo, Esq.**